# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:                                          Case No. 03-MC-73703

    DANIEL S. GAHAGAN                Honorable Robert H. Cleland
                                                            Honorable David M. Lawson
                                                             Honorable Thomas L. Ludington

_____/

## SCHEDULING ORDER

Before the court is a "Petition to Vacate Suspension," filed on January 12, 2009 by Petitioner Daniel S. Gahagan. The petition has been assigned to the undersigned panel, which issues the following deadlines.

First, IT IS ORDERED that the United States Attorney shall file a declaration by **August 7, 2009** indicating whether he will participate in these proceedings. If the United States Attorney intends to participate, he must file a response to the January 12, 2009 petition by **August 21, 2009**.[1]

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this order to the Attorney Regulation Counsel of the Supreme Court of Colorado, who by **August 7, 2009** shall file a declaration indicating whether he will participate in these proceedings. Any response brief shall be filed by **August 21, 2009**.

Petitioner may elect to file a reply, but it must be filed on or before **September 4, 2009**.

---

[1] If the United States Attorney does not intend to participate, then the court will appoint an attorney to serve the court and respond to the pending petition. In such an event, the remaining dates set forth above will likely be adjourned.

The panel shall conduct a hearing on the matter on **October 5, 2009 at 11:00 a.m.** in the courtroom of the Honorable Robert H. Cleland, Room 712, United States Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

s/David M. Lawson
DAVID M. LAWSON
UNITED STATES DISTRICT JUDGE

s/Thomas L. Ludington
THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

Dated:  July 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 16, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\03-70703.GAHAGAN.AttorneyReinstatementMatterSchedulingOrder.wpd